**Damon W. SMART, Jr., Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28434.**

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

Sam W. Davis, J. S. Bracewell, Houston, for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

On Appellant's Motion for Rehearing.

The conviction, on a plea of guilty before the court, is for the offense of assault with intent to commit robbery; the punishment, two years in the penitentiary.

Our original opinion in this case is withdrawn.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.